UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON

*FILED ELECTRONICALLY*

| | |
|---|---|
| REGINA HURD, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA, ) | |
| ) | |
| DEFENDANT ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Life Insurance Company of North America ("LINA"), by counsel, hereby files this Notice of Removal to the United States District Court for the Eastern District of Kentucky, at London, and states as follows:

1. On or about May 14, 2018 the Complaint in Case No. 18-CI-00589 was filed in Pike Circuit Court by Plaintiff against LINA. The Summons, along with the Complaint, were served on LINA by certified mail and received on or about May 29, 2018. A copy of the Summons and Complaint is attached hereto as Exhibit A and constitutes all process, pleadings and orders served upon LINA to date in this action.

2. This Notice of Removal is filed within thirty (30) days after receipt by LINA of a copy of the Complaint and Summons in this action and Plaintiff is estopped from seeking remand of this matter on this basis.

3. This action is of a civil nature arising from Plaintiff's claim for an alleged breach of contract and involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long-term disability plan established by Plaintiff's employer and funded by a long-

term disability insurance policy issued by LINA.  Plaintiff also seeks a judgment declaring that she is entitled to future long-term disability benefits and interest, and she seeks an award of attorney's fees.

## **FEDERAL QUESTION JURISDICTION**

4.    This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132 and 1144, inasmuch as the Complaint claims long-term disability benefits provided by an employee welfare benefit plan, established or maintained by Plaintiff's employer and regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et seq*.  In the Complaint, Plaintiff explicitly seeks benefits provided under group insurance policy LK0964096, which insures long-term disability benefits under an employee benefit plan established and maintained by her employer, Pikeville Medical Center, Inc. ("PMC") (Cmplt., ¶ 4).

5.    The employee benefit plan established and maintained by PMC, and any claim for benefits thereunder, are subject to ERISA.

6.    There can be no genuine dispute that this action is governed by ERISA and that this Court, therefore, has original federal subject matter jurisdiction over it. In her Complaint, Plaintiff avers a single count alleging that LINA's decision to deny her claim for long-term disability benefits violates ERISA (Cmplt., ¶ 26, 27), and she avers a claim for relief which she expressly bases on ERISA's remedy provision, 29 U.S.C. § 1132(a)(1(B) and (g). (Cmplt., ¶ 27).

7.    Because this case is subject to ERISA Plaintiff's demand for trial by jury is nullified by controlling federal law.

8. For the foregoing reasons, Plaintiff's action is removable to this Court pursuant to 29 U.S.C. § 1441 as an action founded upon a claim or right arising out of the laws of the United States. An action relating to benefits provided by an ERISA plan is properly removable, even if the defense of ERISA preemption does not appear on the face of the Complaint. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63, 107 S. Ct. 1542 (1987).

WHEREFORE, Defendant, Life Insurance Company of North America, hereby gives notice of this removal from the Pike Circuit Court to the United States District Court for the Eastern District of Kentucky, at Pikeville.

Respectfully submitted,

/s/David A. Calhoun
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 589-5235
(502) 589-0309
mitziwyrick@wyattfirm.com
dcalhoun@wyattfirm.com
*Counsel for Defendant, Life Insurance Company of North America*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies on this 18th day of June, 2018 the foregoing Notice of Removal was filed with the clerk using the Court's CM/ECF System. The undersigned further certifies a copy of same was served this 18th day of June, 2018 upon:

Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507

and

Adam S. Hall
Vanover, Hall & Bartley
126 Trivette Drive, Suite 302
Pikeville, KY 41501

*Counsel for Plaintiff, Regina Hurd*

                /s/David A. Calhoun
                *One of Counsel for Defendant, Life Insurance Company of North America*

61741183.1