Filed              18-CI-00589   05/11/2018      Anna Pinson Spears, Pike Circuit Clerk
A true copy attest 18-CI-00589   05/11/2018      /s/Anna Pinson Spears, Pike Circuit Clerk

COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
CIVIL DIVISION ____
CASE NO. _____

*Electronically Filed*

REGINA HURD                                                          PLAINTIFF

vs.                             **COMPLAINT AND JURY DEMAND**

LIFE INSURANCE COMPANY OF NORTH AMERICA                              DEFENDANT
d/b/a CIGNA GROUP INSURANCE

To be served through Kentucky Secretary of State:

Michael A. James
Two Liberty Place
1601 Chestnut Street
Philadelphia, PA 19192-2211

ATTEST
ANNA PINSON SPEARS
MAY 14 2018
PIKE CIRCUIT/DISTRICT COURT
BY: _____ D.C.

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

1. The Plaintiff, Regina Hurd, is a citizen and resident of Pike County, Kentucky.

2. Life Insurance Company of North America ("LINA" or "Defendant") is an insurance company believed to be domiciled in the state of Pennsylvania. LINA, in its dealings with Plaintiff, has represented that it does business as Cigna Group Insurance. LINA's service of process agent is Michael A. James, Two Liberty Place, 1601 Chestnut Street, Philadelphia, PA 19192-2211 and can be served through the Kentucky Secretary of State.

3. The Plaintiff had been employed at Pikeville Medical Center, Inc. ("PMC") since on or about October 8, 2012, working most recently as a Housekeeper.

4. The Defendant supplied and issued a policy of insurance to PMC, where the Plaintiff obtained coverage for long-term disability ("LTD") insurance. The applicable

Filed              18-CI-00589   05/11/2018      Anna Pinson Spears, Pike Circuit Clerk
A true copy attest 18-CI-00589   05/11/2018      /s/Anna Pinson Spears, Pike Circuit Clerk

Filed                18-CI-00589   05/11/2018        Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   18-CI-00589   05/11/2018        /s/Anna Pinson Spears, Pike Circuit Clerk

insurance policy number is believed to be LK0964096. The insurance company's incident number is 3638976.

5. Jurisdiction and venue are proper in this court because the Defendant supplied and issued insurance policies in Pike County to cover employees of PMC.

6. The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

7. The LTD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

> **Definition of Disability/Disabled**
> The employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
> 1. unable to perform the material duties of his or her Regular Occupation; or
> 2. unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.
>
> After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
> 1. unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training, or experience; or
> 2. unable to earn 80% or more of his or her Indexed Earnings.
>
> The Insurance Company will require proof of earnings and continued Disability.

8. Benefits are payable to Plaintiff under the LTD insurance policy because she is disabled, as defined in the insurance policy, from performing her past occupation at PMC and any other gainful occupation.

9. The Plaintiff, while working at PMC, became disabled as defined in her insurance policy on or about September 20, 2014, and remains disabled.

Filed                18-CI-00589   05/11/2018        Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   18-CI-00589   05/11/2018        /s/Anna Pinson Spears, Pike Circuit Clerk

Filed                18-CI-00589    05/11/2018        Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   18-CI-00589    05/11/2018        /s/Anna Pinson Spears, Pike Circuit Clerk

10. The Plaintiff was and has been unable to perform the material duties of her own occupation, and any other gainful occupation, since on or about September 20, 2014, as a result of injury or sickness.

11. The Plaintiff applied for long-term disability benefits with the Defendant in a timely fashion, in the manner outlined in the insurance policy.

12. Plaintiff provided proof that she was disabled from work, and that she was unable to perform her own occupation and any other occupation.

13. On May 21, 2015, Defendant denied Plaintiff's LTD claim.

14. On or about July 21, 2015, Defendant overturned the previous denial of Plaintiff's claim and approved LTD benefits.

15. By letter dated January 25, 2017, Defendant terminated Plaintiff's LTD claim beyond January 2017.

16. Plaintiff submitted a timely appeal to the Defendant, requesting that the Defendant reconsider its denial of benefits.

17. By letter dated July 25, 2017, Defendant again denied Plaintiff's LTD claim.

18. Plaintiff submitted a timely appeal of the July 25, 2017, denial letter.

19. The appeal contained additional medical information, including an independent medical evaluation report and reiteration of the opinions of Plaintiff's treating physician indicating Plaintiff continued to meet the definition of disability.

20. On April 12, 2018, Defendant sent a letter denying Plaintiff's appeal and upholding its termination of benefits.

Filed                18-CI-00589    05/11/2018        Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   18-CI-00589    05/11/2018        /s/Anna Pinson Spears, Pike Circuit Clerk

Package: 000005 of 000007    Presiding Judge: HON. EDDY COLEMAN (635126)    Package : 000005 of 000007

Filed                18-CI-00589    05/11/2018         Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   18-CI-00589    05/11/2018         /s/Anna Pinson Spears, Pike Circuit Clerk

21. The April 12, 2018, letter stated that Plaintiff has "the right to bring a legal action for benefits under the Employee Retirement Income Security Act of 1974 (ERISA) section 502(a)[.]"

22. The Plaintiff has exhausted any administrative remedies that may be required under the insurance contract and/or by law.

23. Under the terms of the insurance policy, Plaintiff is entitled to continued monthly LTD benefits until the maximum benefit duration date in the policy.

24. The Plaintiff is entitled to LTD benefits, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

## COUNT I

25. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

26. This count is brought under ERISA pursuant 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denial of benefits under the plan and to recover benefits under the terms of the plan.

27. Defendant's decision to terminate benefits, and its refusal to reinstate benefits after receiving additional evidence on appeal, was wrong, arbitrary and capricious, against the evidence provided to Defendant, and a breach of fiduciary duty, all of which entitles Plaintiff to benefits under the terms of the plan, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

28. Defendant's internal review is not subject to abuse of discretion review, and Plaintiff's claim should be reviewed de novo.

4

Filed                18-CI-00589    05/11/2018         Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   18-CI-00589    05/11/2018         /s/Anna Pinson Spears, Pike Circuit Clerk

Filed                18-CI-00589    05/11/2018        Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   18-CI-00589    05/11/2018        /s/Anna Pinson Spears, Pike Circuit Clerk

29. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff seeks,

1. Judgment against the Defendant for full contractual benefits under the terms of the plan, attorney's fees, and prejudgment and post judgment interest.

2. Any and all other relief to which Plaintiff appears to be entitled.

3. Trial by jury.

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@austinmehr.com
*Attorney for Plaintiff*

and

ADAM S. HALL
**Vanover, Hall & Bartley**
126 Trivette Drive, Suite 302
Pikeville, KY 41501
Telephone: (606) 437-4003
Facsimile: (606) 437-7847
Email: ahall@vhblaw.com
*Attorney for Plaintiff*

5

Filed                18-CI-00589    05/11/2018        Anna Pinson Spears, Pike Circuit Clerk
A true copy attest   18-CI-00589    05/11/2018        /s/Anna Pinson Spears, Pike Circuit Clerk

Presiding Judge: HON. EDDY COLEMAN (635126)
Package:000007 of 000007
Package : 000007 of 000007



| Alison Lundergan Grimes<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |
|---|---|---|

May 23, 2018

LIFE INSURANCE COMPANY OF
NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE,
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192

FROM:  SUMMONS DIVISION
       SECRETARY OF STATE

RE:    CASE NO: 18-CI-00589

COURT: Circuit Court Clerk
       Pike County
       PO Box 1002
       Pikeville, KY 41502-1002
       Phone: (606) 433-7557

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

(1) Your attorney, or
(2) The attorney filing this suit whose name should appear on the last page of the complaint, or
(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

---

Kentucky Secretary of State's Office         Summons Division                    5/23/2018

| AOC-E-105  Sum Code: CI  
Rev. 9-14  
Commonwealth of Kentucky  
Court of Justice    Courts.ky.gov  
CR 4.02; Cr Official Form 1 |   
**CIVIL SUMMONS** | Case #: **18-CI-00589**  
Court:   **CIRCUIT**  
County: **PIKE** |

*Plantiff,* HURD, REGINA VS. LIFE INSURANCE COMPANY OF NORTH AMERICA, *Defendant*

TO: LIFE INSURANCE COMPANY OF NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE, 1601 CHESTNUT STREET
PHILADELPHIA, PA 19192

RECEIVED
MAY 2 3 2018

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Anna Pinson Spears, Pike Circuit Clerk
Date: **05/11/2018**



### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

_____
Served By

_____
Title

Summons ID: 10053137419243@00000185850
CIRCUIT: 18-CI-00589 Long Arm Statute – Secretary of State
HURD, REGINA VS. LIFE INSURANCE COMPANY OF NORTH AMERICA



Page 1 of 1

**eFiled**



**Kentucky** UNBRIDLED SPIRIT

N LUNDERGAN GRIMES
CRETARY OF STATE
P.O. Box 718
ankfort, Kentucky 40602-0718

**REGISTER TO VOTE**

7018 0360 0000 2954 2885

LIFE INSURANCE COMPANY OF
NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE,
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192