UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION – PIKEVILLE
*FILED ELECTRONICALLY*

| | | |
|---|---|---|
| REGINA HURD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:18-cv-00067-KKC |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF SETTLEMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff, Regina Hurd, and Defendant, Life Insurance Company of North America ("LINA") (collectively "the Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties reached a settlement in principle in this matter on September 14, 2018. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Joint Stipulation of Dismissal.

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
Email: elizabeth@austinmehr.com

and

ADAM S. HALL
**Vanover, Hall & Bartley**
126 Trivette Drive, Suite 302
Pikeville, KY 41501
Telephone: (606) 437-4003
Facsimile: (606) 437-7847
Email: ahall@vhblaw.com
*Counsel for Plaintiff, Regina Hurd*

and

/s/ David Calhoun (with permission)
David A. Calhoun
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
Telephone: (502) 589-5235
Facsimile: (502) 589-0309
Email: dcalhoun@wyattfirm.com
Email: mitziwyrick@wyattfirm.com
*Counsel for Defendant,*
*Life Insurance Company of North America*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **David A. Calhoun**
  dcalhoun@wyattfirm.com,sneely@wyattfirm.com
- **Adam S. Hall**
  ttackett@vhblaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,denae@austinmehr.com,amlopsc@yahoo.com,
  shall@austinmehr.com
- **Mitzi Denise Wyrick**
  mitziwyrick@wyattfirm.com,lmattingly@wyattfirm.com

        /s/ *Elizabeth A. Thornsbury*
        ELIZABETH A. THORNSBURY